United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN WITTHOEFT,

          Plaintiff,

    v.

DOLLAR GENERAL CORPORATION,

          Defendant.

Case No. 15-cv-02408-LHK

**CASE MANAGEMENT ORDER**

Plaintiff's Attorney: Peggy Farrell
Defendant's Attorney: Christopher Killens

A case management conference was held on June 17, 2015. A further case management conference is set for June 25, 2015, at 1:30 p.m. The parties shall file their joint case management statement by Monday, June 22, 2015.

Defendant Dollar General Corp. shall file any amended consent or declination to Magistrate Judge jurisdiction by June 18, 2015. Should Defendant consent, the Court will reassign the matter to Magistrate Judge Grewal.

**IT IS SO ORDERED.**
Dated: June 17, 2015

_____
LUCY H. KOH
United States District Judge

1