United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN WITTHOEFT,

              Plaintiff,

     v.

DOLLAR GENERAL CORPORATION,
              Defendant.

Case No.15-cv-02408-LHK

**ORDER OF REFERRAL**

      Based on the parties' consent to proceed before a United States Magistrate Judge for all purposes including trial and entry of judgment, the Court directs the Clerk to reassign the following case to United States Magistrate Judge Paul S. Grewal:

      Case No. 15-2408.

      Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: June 18, 2015

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

Case No.15-cv-02408-LHK
ORDER